**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000221**
**08-OCT-2025**
**07:56 AM**
**Dkt. 77 OAWST**

NO. CAAP-23-0000221

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ROBERT EGE; DAVID KAHIKINA; TRACIE KAHIKINA; DEBORAH L. MINES, INDIVIDUALLY AND AS TRUSTEE OF THE DL MINES 2005 TRUST U/D/T DATED APRIL 7, 2005, Plaintiffs-Appellants,
v.
BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FIRST HAWAIIAN BANK; AXIA FINANCIAL, LLC; JAMES ISBISTER; DEANNA ISBISTER; LAURIE ROUSSEAU-NEPTON; MICHAEL D. CAMPBELL; ANNETTE M. CAMPBELL; Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC19100092K)

ORDER
(By: Nakasone, Chief Judge, McCullen and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice of Appeal, filed October 3, 2025, by Defendants-Appellees Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc., Plaintiffs-Appellants Robert Ege, David Kahikina, Tracie Kahikina, Deborah L. Mines, Individually and as Trustee of the DL Mines 2005 Trust U/D/T Dated April 7,

2005, and Defendants-Appellees James Isbister, Deanna Isbister, Laurie Rousseau-Nepton, Michael D. Campbell, Annette M. Campbell, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties to the appeal stipulated to dismiss the appeal with prejudice, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), and have addressed attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal who are not nominal parties.[1]

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, October 8, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

---

[1]    The party that has not signed, Defendant-Appellee Axia Financial, LLC did not participate in the appeal, and this court considers that party a nominal appellee, whose signature is not required on a stipulation to dismiss the appeal.  See HRAP Rule 2.1(b).